**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN: 123082)
Harvey@ConsumerWatchdog.org
Benjamin Powell (SBN: 311624)
Ben@ConsumerWatchdog.org
6330 South San Vincente Blvd.,
Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522

| **MEHRI & SKALET, PLLC** | **MASON LLP** |
|---|---|
| Jay Angoff *(Pro Hac Vice)* | Gary Mason *(Pro Hac Vice)* |
| Jay.Angoff@findjustice.com | GMason@MasonLLP.com |
| Cyrus Mehri *(Pro Hac Vice)* | Danielle Perry (SBN: 292120) |
| CMehri@findjustice.com | DPerry@MasonLLP.com |
| Michael Lieder *(Pro Hac Vice)* | 5335 Wisconsin Avenue NW |
| MLieder@findjustice.com | Suite 640 |
| 2000 K Street NW, Suite 325 | Washington, D.C. 20015 |
| Washington, D.C. 20036 | Tel: (202) 429-2290 |
| Tel: (202) 822-5100 | |

*Attorneys for Plaintiffs and
the Proposed Classes*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN-GAYLE COLEMAN, and ROBERT CASTRO, on behalf of themselves and all others similarly situated, | Case No. 3:21-cv-00217-RSH(KSC) |
| | **STIPULATION OF DISMISSAL OF TWO CLAIMS** |
| Plaintiffs, | |
| v. | **Trial:** |
| UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA GENERAL INDEMNITY COMPANY, | Date:   Unscheduled<br>Courtroom:   Unscheduled<br>Judge:   Hon. Robert S. Huie |
| Defendants. | |

1  Plaintiffs Eileen-Gayle Coleman and Robert Castro ("Plaintiffs") and Defendants United Services Automobile Association and USAA General Indemnity Company, by and through their respective counsel, stipulate to the dismissal with prejudice of Plaintiffs' claims set out in the First Amended Complaint (ECF No. 49) for violation of the Unruh Civil Rights Act (Count 3) and violation of California Military & Veterans Code section 394(a) (Count 4). This stipulation shall not affect the rights of any party on Plaintiffs' class claims for a violation of the UCL based on "unlawful" business practices (Count 1) and individual claims for a violation of the UCL based on "unfair" business practices (Count 2), which are not being dismissed. Dismissal will be without fees or costs to either party, but also will not affect the rights of any party to fees or costs as to the claims in Counts 1 and 2.

Dated: January 26, 2024        CONSUMER WATCHDOG; MEHRI & SKALET, PLLC; MASON LLP

By:       /s/ Michael D. Lieder
              Michael D. Lieder

*Attorneys for Plaintiffs and Proposed Class*

Dated: January 26, 2024        GIBSON, DUNN & CRUTCHER LLP

By:       /s/ Kahn Scolnick
              Kahn Scolnick

*Attorneys for Defendants*

**CERTIFICATION**

I, Michael Lieder, am the ECF user whose identification and password are being used to file this document. In compliance with the Electronic Case Filing Administrative Policies and Procedures § 2(f)(4), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 26, 2024        /s/ Michael D. Lieder
                               Michael D. Lieder