UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN-GAYLE COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION, et al., <br><br> Defendants. | Case No.:  21-cv-217-RSH-KSC <br><br> **ORDER DISMISSING WITH PREJUDICE CLAIMS III & IV AS TO THE INDIVIDUAL NAMED PLAINTIFFS ONLY** <br><br> [ECF No. 139] |

On January 26, 2024, the Parties filed a joint stipulation dismissing with prejudice the third and fourth claims in the First Amended Complaint as to only the named Plaintiffs, Eileen-Gayle Coleman and Robert Castro. ECF No. 139. Plaintiffs' third and fourth claims in the First Amended Complaint allege discrimination in violation of California's Unruh Civil Rights Act, Cal. Civ. Code § 51(b), and California's Military & Veterans Code § 394(a), respectively. ECF No. 49 ¶¶ 82–103. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** the third and fourth claims in the First Amended Complaint as to only the named Plaintiffs. Each party shall bear their own costs and attorneys' fees as to the third and fourth claims in the First Amended

1  Complaint. This dismissal does not affect any of the remaining claims in the First Amended
2  Complaint, any class claims, or the rights of any party to seek fees or costs as to the other
3  claims in the First Amended Complaint.
4  **IT IS SO ORDERED.**
5  Dated: January 26, 2024

   *Robert S. Huie*
   _____
   Hon. Robert S. Huie
   United States District Judge