**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN: 123082)
Harvey@ConsumerWatchdog.org
Benjamin Powell (SBN: 311624)
Ben@ConsumerWatchdog.org
6330 South San Vicente Blvd.
Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522

| | |
|---|---|
| **MEHRI & SKALET, PLLC** | **MASON LLP** |
| Cyrus Mehri *(Pro Hac Vice)* | Gary Mason *(Pro Hac Vice)* |
| CMehri@findjustice.com | GMason@MasonLLP.com |
| Michael Lieder *(Pro Hac Vice)* | Danielle Perry (SBN: 292120) |
| MLieder@findjustice.com | DPerry@MasonLLP.com |
| Jane Kim *(Pro Hac Vice Coming)* | Theodore Bell *(Pro Hac Vice)* |
| JKim@findjustice.com | TBell@MasonLLP.com |
| 2000 K Street NW, Suite 325 | 5335 Wisconsin Avenue NW, Suite 640 |
| Washington, DC 20036 | Washington, DC 20015 |
| Tel: (202) 822-5100 | Tel: (202) 429-2290 |

*Attorneys for Plaintiffs and Certified Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN-GAYLE COLEMAN and ROBERT CASTRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA GENERAL INDEMNITY COMPANY,<br><br>Defendants | Case No. 3:21-cv-00217-RSH(KSC)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:<br>Date: October 15, 2024<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Eileen-Gayle Coleman and Robert Castro ("Plaintiffs") have moved the Court for an order for partial summary judgment.

## MOTION

The Plaintiffs, on behalf of themselves and the certified class, seek partial summary judgment as follows:

1. A summary or declaratory judgment that USAA's Placement Rules violate California Insurance Code § 1861.16(b); and

2. A ruling that recalculating base rates and relativities based on a combined risk pool of USAA General Indemnity Company ("GIC") and United Services Automobile Association ("United Services") policyholders is inconsistent with what Section 1861.16(b) requires to (a) identify injured GIC policyholders or (b) estimate the amount of their restitution.

Factual support for this motion is contained in the accompanying declaration of Michael Lieder and the exhibits attached thereto and the accompanying declaration of Robert Castro. An explanation of Plaintiffs' entitlement to the requested relief is contained in the accompanying memorandum of law.

July 31, 2024      /s/ *Michael D. Lieder*
**MEHRI & SKALET, PLLC**
Cyrus Mehri *(pro hac vice granted)*
CMehri@findjustice.com
Michael Lieder *(pro hac vice granted)*
mlieder@findjustice.com
Jane Kim )
jkim@findjustice.com
2000 K Street NW, Suite 325
Washington, D.C. 20006
Tel: (202) 822-5100; Fax: (202) 822-4997

**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN: 123082)
Harvey@ConsumerWatchdog.org
Benjamin Powell (SBN: 311624)
Ben@ConsumerWatchdog.org
6330 South San Vincente Blvd., Suite 250
Los Ángeles, CA 90048
Tel: (310) 392-0522; Fax: 310-392-8874

**MASON LLP**
Gary Mason *(pro hac vice granted)*
GMason@MasonLLP.com
Danielle Perry (SBN: 292120)
DPerry@MasonLLP.com
Theodore Bell *(pro hac vice granted)*
TBell@MasonLLP.com
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Tel: (202) 429-2290

*Attorneys for Plaintiffs*
*and the Class*

# CERTIFICATE OF SERVICE

I, Michael Lieder, am the ECF user whose identification and password are being used to file this document. In compliance with the Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 31, 2024                                    Respectfully submitted,


                                                        /s/ *Michael D. Lieder*