

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eileen-Gayle Coleman, on behalf of themselves and all others similarly situated; Robert Castro, on behalf of themselves and all others similarly situated<br><br>**Plaintiffs,**<br>V.<br><br>United Services Automobile Association; USAA General Indemnity Company<br><br>**Defendants.** | Civil Action No. 21-cv-0217-RSH-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, the Court:
1. GRANTS Defendants' motion for summary judgment [ECF No. 173].
2. DENIES Plaintiff's motion for partial summary judgment [ECF No. 169].
3. DENIES AS MOOT the motions to exclude [ECF Nos. 167, 174, 179, 181, 189].
4. DIRECTS the Clerk of Court to enter judgment for Defendants.
IT IS SO ORDERED.

**Date:** 1/9/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Nyamanjiva

S. Nyamanjiva, Deputy